NEW JERSEY DIVISION OF MOTOR VEHICLES v.
JOSEPH E. EGAN.

November 12, 1985.

Petition for certification granted.

STATE OF NEW JERSEY v. JOHN T. HOPKINS, III.

November 12, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LEWIS SMITH.

November 12, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN WARREN.

November 12, 1985.

Petition for certification granted.